**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

In re: William C. Carlisle, Jr.
      Delina D. Carlisle

            Debtors.

No. 10-33019
Chapter 13

### NOTICE TO CREDITORS

The above Debtors filed a Second Amended Plan on September 15, 2010. A copy of the Second Amended Plan is attached for your consideration. Any objection to the proposed Second Amended Plan must be filed with the Clerk of the Bankruptcy Court, Howard H. Baker, Jr., United States Courthouse, 800 Market Street, Suite 330, Knoxville, Tennessee 37902, on or before October 11, 2010, must state the grounds relied upon in support of the objection, and must be served upon counsel for the Debtors and the Chapter 13 Trustee, Gwendolyn M. Kerney, P.O. Box 228, Knoxville, Tennessee 37902. If no objection is filed, the proposed Second Amended Plan may be approved by the court upon recommendation of the trustee without further notice or hearing.

The Confirmation Hearing will be held on the 13th day of October, 2010, at 9:00 am, at the Howard H. Baker, Jr. Courthouse, Bankruptcy Courtroom 1-C, Knoxville, Tennessee 37929. You may attend that meeting.

Dated:   September 15, 2010  .

                                                /s/ Ann Mostoller
                                              Ann Mostoller, #001146
                                              Attorney for the Debtors
                                              Mostoller, Stulberg, Whitfield & Allen
                                              136 S. Illinois Ave., Suite 104
                                              Oak Ridge, TN 37830
                                              (865) 482-4466

CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the Second Amended Plan and Notice to Creditors have been delivered by first class U.S. mail or electronically to the following parties:

| | |
|---|---|
| Cash Express, LLC<br>Security Shopping Ct.<br>125 961-A Oak Ridge Turnpike<br>Oak Ridge, TN 37830 | Richard B. Maner<br>Attorney for Harley Davidson Credit Corp.<br>via email: rmaner@rbmlegal.com |
| CitFinancial Auto<br>P.O. Box 9578<br>Coppell, TX 75019-9578 | Joe M. Lorenzo<br>Authorized Agent for Harley Davidson Credit Corp.<br>via email: notice@bkcylaw.com |
| Harvey's<br>P.O. Box 386<br>Oliver Springs, TN 37840 | John R. Roane<br>Attorney for BAC Home Loans Servicing<br>via email: jroan@wilson-assoc.com |
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Thomas H. Dickenson<br>Attorney for Citizens First Bank<br>via email: tdickenson@hdclaw.com |

and delivered electronically to Gwendolyn M. Kerney, Chapter 13 Trustee, ECFKnoxville@trustee13.com, on this the 15th day of September, 2010.

    /s/ Ann Mostoller
    Attorney